## WOODS v. AMERICAN PET–DOG CLUB.

(City Court of New York, General Term. December 13, 1900.)

ACTION AGAINST ASSOCIATION—APPEARANCE BY MEMBER—RIGHT TO QUESTION INDIVIDUALLY.

A member of an association who by his attorney served a notice of appearance on its behalf in an action against it cannot individually question the appearance thus served, nor question the judgment rendered.

Appeal from special term.

Action by William J. Woods against the American Pet-Dog Club. From an order denying a motion on behalf of William J. Fryer for leave to withdraw a notice of appearance for defendant, alleged to have been served by mistake by his attorney, John J. Gleason, and to vacate the judgment roll and service of summons, said Fryer appeals. Affirmed.

Argued before McCARTHY, SCHUCHMAN, and O'DWYER, JJ.

John J. Gleason, for appellant.

William J. Woods, in pro. per.

PER CURIAM. The appeal herein is taken on behalf of William J. Fryer, and he is in no position to individually question the appearance served on behalf of the defendant, or to complain of the judgment entered against the defendant.

Order affirmed, with $10 costs and disbursements.